IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02033-WDM-KMT

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

CYCLONE DRILLING, INC.,

    Defendant.

## ORDER

    This matter is before the court on the "Unopposed Motion for Leave to Intervene as Party Plaintiff Pursuant to 42 U.S.C. § 2000e-5(f)(1) by Applicant Mark Lujan" (Doc. No. 32, filed May 1, 2008) and is GRANTED for the following reasons:

    Title 42 U.S.C. § 2000e-5(f)(1) provides Applicant Mark Lujan with the right to intervene as a matter of law. Further, the Motion is Unopposed.

    The Clerk of the Court is directed to accept for filing the Complaint and Jury Demand of Intervenor Mark Lujan attached as Exhibit 1 to the Unopposed Motion for Leave to Intervene as Party Plaintiff (Doc. No. 32-2). Any response is due within ten (10) days of this court order.

    Dated this 14th day of May, 2008.

                                          BY THE COURT:

                                          s/ Kathleen M. Tafoya
                                          United States Magistrate Judge