IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02033-WDM-KMT

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

CYCLONE DRILLING, INC.,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Counsel for the Defendant has advised the Court that this case has been settled. The Settlement Conference currently set for Monday, July 21, 2008 is **VACATED.** The parties shall have up to and including July 31, 2008 to file the appropriate dismissal documents.

The "Joint MOTION for Leave to Attend Settlement Conference by Telephone by Defendant " (#69, filed July 15, 2008) is **DENIED as moot**.

Dated: July 17, 2008.