IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-2033-WDM-KMT

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

AND

MARK LUJAN,

    Intervenor,

v.

CYCLONE DRILLING, INC.,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the parties' Joint Motion for Entry of Consent Decree and for Dismissal with Prejudice Subject to Entry of Consent Decree (doc. no. 73). The parties jointly request that I approve settlement and enter the stipulated Consent Decree (doc. no. 73.2) submitted with their motion and to then dismiss the case with prejudice.

    The requests are inherently inconsistent. The Consent Decree provides that the court retain jurisdiction to enforce the Decree, contemplates regular reports and obligates the parties to move to dismiss with prejudice 30 days after filing the final report–4 years hence. Dismissal with prejudice at this time therefore seems inappropriate.

The terms of the Settlement and Consent Decree appear reasonable. Given the nature of the case and the settlement terms, maintaining jurisdiction is appropriate in this case. Accordingly, rather than dismissing at this time, the matter should be administratively closed pursuant to Local Rule, subject to reopening upon showing of good cause.

It is therefore ordered, adjudged and decreed in accordance with the stipulated Consent Decree (doc. no. 73-2) which is incorporated herein by reference.

It is further ordered that this matter is administratively closed pursuant to D.C. COLO.LCivR 41.2 which may be reopened upon showing of good cause. If no showing is made on or before August 27, 2012, this matter may be dismissed without prejudice and without further notice.

DATED at Denver, Colorado, on August 11, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge